AO United States District Court
Southern District of Texas
**FILED**
**JAN 13 2021**
**Nathan Ochsner, Clerk**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>-02 Jose Miguel BARRAZA<br>YOB: 1968  U.S.Citizen<br><br>*Defendant(s)* | Case No. M-21-0077-M-2<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 24, 2020  in the county of  Hidalgo  in the
Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 922(g)(1) | Unlawful to possess a firearm and/or ammunition which has previously traveled in or affected interstate commerce, after having been convicted in a court of law of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

✓ Continued on the attached sheet.

Approved by AUSA Alejandra Andrade

_____
*Complainant's signature*

Steve Medrano, SA ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/13/21 - 4:07 p.m.

_____
*Judge's signature*

, U.S. Magistrate Judge
*Printed name and title*

City and state: McAllen, Texas

**ATTACHMENT A**

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Steven Medrano, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer for over nine years. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted of a felony crime to receive or possess a firearm and/or ammunition which has traveled in or affected interstate or foreign commerce. This criminal complaint is based on the following facts:

2. On November 24, 2020, your affiant responded to the Edinburg, Texas Police Department (EPD) to assist with an investigation. Your affiant learned EPD Investigators executed a search warrant, which lead to the discovery of possible violations of Federal Firearm Laws.

3. Your affiant learned on November 24, 2020, EPD Investigators conducted surveillance at the residence of Jose Miguel BARRAZA, located at 1907 Lime Street, San Juan, Texas (hereinafter referred to as TARGET RESIDENCE). Your affiant learned EPD Investigators observed BARRAZA get picked up by an individual and leave the TARGET RESIDENCE in a Gold Chevrolet Silverado (hereinafter referred to as TARGET VEHICLE). Your affiant learned EPD Investigators continued to surveil the TARGET VEHICLE, which was eventually pulled over by an EPD Officer after a traffic violation was observed in the area of East Wisconsin Road and North 25th Avenue in Edinburg, Texas. Your affiant learned the traffic stop lead to the discovery of narcotics, which subsequently lead to the arrest of BARRAZA and the driver of the TARGET VEHICLE. Your affiant learned EPD Officers located additional narcotics on BARRAZA's person when he was being processed into the Edinburg, Texas Police Department jail.

4. Your affiant learned EPD investigators acquired a search warrant for the TARGET RESIDENCE. The TARGET RESIDENCE is described as a Recreational Vehicle (RV) which sits on the property of 1907 Lime Street, San Juan, Texas. Your affiant learned during the execution of the search warrant, EPD Investigators recovered a zip-lock bag which contained fifty-one (51) rounds of .9mm caliber ammunition. Your affiant learned EPD Investigators located the aforementioned ammunition in a drawer in the common living area.

5. A computerized criminal history (CCH) query revealed on March 19, 2007, BARRAZA was convicted before the 93rd Judicial District Court of Hidalgo County, Texas for a State Jail Felony- Possession of a Controlled Substance to Wit Cocaine of Less Than One Gram. BARRAZA was sentenced to two (2) years confinement, which was suspended to five (5) years' probation.

6. An ATF Special Agent Firearms Interstate Nexus Expert examined the aforementioned ammunition and determined the ammunition was manufactured outside the state of Texas and therefore traveled in and affected interstate commerce.